## Poole, Jill L. (Omaha)

| | |
|---|---|
| From: | thomas strelka [thomas@strelkalaw.com] |
| Sent: | Wednesday, July 11, 2012 8:58 AM |
| To: | Poole, Jill L. (Omaha) |
| Subject: | Re: Johnson v. Atlas |

Jill,

To be honest, though we are working on it, I doubt that we can have the discovery to you by then. If you will not give us an extension, then we will most likely have to file a motion to ask for more time. Given the circumstances of the case, I am fairly certain we would get it.

I will get right back with you regarding depsotion dates.

Tom

*Connected by DROID on Verizon Wireless*


-----Original message-----
From: "Poole, Jill L. (Omaha)" <poolej@jacksonlewis.com>
To: "thomas@strelkalaw.com" <thomas@strelkalaw.com>
Cc: Jon Axelrod <jaxelrod@beinsaxelrod.com>
Sent: Mon, Jul 9, 2012 20:42:36 GMT+00:00
Subject: Johnson v. Atlas

Tom:

I have left you several messages regarding this matter. I wanted to let you know that I will need Plaintiffs' responses to Atlas' discovery requests no later than July 25, 2012. I would also like to start scheduling your clients' depositions for the first two weeks of August. Please let me know how you would like to best coordinate these depositions. I look forward to hearing from you.

Thank you,



Jill Poole
Attorney at Law
Jackson Lewis LLP
10050 Regency Circle, Suite 400
Omaha, NE 68114

402.391.1991 | Main
402.391.7363 | Fax

poolej@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

EXHIBIT 1

1

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.