## Poole, Jill L. (Omaha)

| | |
|---|---|
| From: | Poole, Jill L. (Omaha) |
| Sent: | Friday, July 13, 2012 12:35 PM |
| To: | 'thomas strelka' |
| Cc: | 'Jon Axelrod' |
| Subject: | RE: Johnson v. Atlas |

Tom:

If you cannot get the responses to me by July 25th, then can you please tell me when do you expect to have the responses completed. I need the responses because I want to have enough time so that I can evaluate which depositions I want to take. I was thinking that I would like to depose your clients the week of August 6-10th. We could do three (3) depositions a day. We could schedule depositions at 9:00, 1:00 and 3:00. Let me know if this schedule will work.

Thank you,

Jill Poole
Attorney at Law
Jackson Lewis LLP
10050 Regency Circle, Suite 400
Omaha, NE 68114

402.391.1991 | Main
402.391.7363 | Fax

poolej@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

1

EXHIBIT
2