Poole, Jill L. (Omaha)

**From:** thomas@strelkalaw.com
**Sent:** Wednesday, July 18, 2012 6:54 AM
**To:** Poole, Jill L. (Omaha)
**Cc:** leigh@strelkalaw.com
**Subject:** RE: Johnson v. Atlas

Jill,

We are steadily working through the discovery. I believe we may be able to get everything to you by the end of July. If we cannot get everything to you, you should certainly have most of it by then. Regarding the depositions, we are in a bit of a pickle. We will not have received your discovery responses by then and we feel that we would need that information for depositions. Also, we still have not received anything from the Union. I have contacted them asking for initial disclosures, but they have not responded. To put it simply, if this case continues we are most likely going to have to ask for another discovery extension. Given the Hopkins affidavit, we are going to need to depose a number of individuals from the Union and Atlas.

Were you planning on deposing all of our clients?

--Tom

Thomas E. Strelka
STRICKLAND, DIVINEY & STRELKA
P.O. Box 2866
23 Franklin Road
Roanoke, Virginia 24001
Telephone: 540-982-7787
Facsimile: 540-342-2909

This message and any attachments may be confidential and/or protected by the attorney/client privilege or work product doctrine. If you have received in error please notify the sender immediately and delete and destroy this message and any attachments.

EXHIBIT 3

1