Poole, Jill L. (Omaha)

**From:** thomas@strelkalaw.com
**Sent:** Wednesday, July 18, 2012 12:19 PM
**To:** Poole, Jill L. (Omaha)
**Cc:** leigh@strelkalaw.com; Jon Axelrod
**Subject:** RE: Johnson v. Atlas

Jill,

I will respond to your email by Friday.

Always a pleasure.

--Tom

Thomas E. Strelka
STRICKLAND, DIVINEY & STRELKA
P.O. Box 2866
23 Franklin Road
Roanoke, Virginia 24001
Telephone: 540-982-7787
Facsimile: 540-342-2909

This message and any attachments may be confidential and/or protected by the attorney/client privilege or work product doctrine. If you have received in error please notify the sender immediately and delete and destroy this message and any attachments.

-------- Original Message --------
Subject: RE: Johnson v. Atlas
From: "Poole, Jill L. (Omaha)" <poolej@jacksonlewis.com>
Date: Wed, July 18, 2012 9:27 am
To: "thomas@strelkalaw.com" <thomas@strelkalaw.com>
Cc: "leigh@strelkalaw.com" <leigh@strelkalaw.com>, Jon Axelrod <jaxelrod@beinsaxelrod.com>



EXHIBIT 4

Tom:

As I have previously asked, I need you to give me an exact date as to when Plaintiffs expect to answer Atlas' discovery requests. Telling me that I should have some of the discovery responses by the end of the month is completely insufficient. I have not agreed to give the Plaintiffs an indefinite extension to answer Atlas' discovery responses. I have agreed to allow the Plaintiffs an extension until July 25, 2012. Since you continually refuse to give me a date certain as to when your clients intend to answer the discovery, you have left me with no choice other than to file a motion to compel. Accordingly, if I don't receive the discovery responses by July 25, 2012, I intend to file a Motion to Compel and will request sanctions.

In regard to your clients' depositions Atlas does intend to depose all the plaintiffs. However, this could change depending on your clients' discovery responses. This is why I need your clients' discovery responses. I will not agree to hold off on taking your clients' depositions until after Atlas has answered the plaintiffs' discovery requests as you have suggested. I don't agree with your assessment that you need my clients discovery responses before I can depose your clients. Moreover, if plaintiffs wanted Atlas' discovery responses before their depositions, then plaintiffs should have served Atlas with discovery in advance of July 13, 2012. In fact, I requested an opportunity to take your clients' depositions before your office even served Atlas with discovery. Atlas discovery responses are not due until August 16, 2012. I will not wait until August 17th to start

1

depositions, particularly since the discovery cut-off is August 24, 2012. I am proposing to take your clients' depositions the week of August 6-10th during the times previously suggested. I don't have a preference as to order, I will leave that up to you and your clients. If I don't hear from you by the close of business on Friday, July 20, 2012, I will notice your clients' depositions accordingly.

As for my clients' depositions, please let me know who you would like to depose. I am unavailable August 14th -15th.

I remain open to working through these discovery issues. However, this requires your cooperation as well.

Thank you,


Jill Poole
Attorney at Law
Jackson Lewis LLP
10050 Regency Circle, Suite 400
Omaha, NE 68114

402.391.1991 | Main
402.391.7363 | Fax

poolej@jacksonlewis.com

www.jacksonlewis.com
Representing management exclusively in workplace law and related litigation.